USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
WOW VIRTUAL REALITY, INC,

                   Plaintiffs

-v-

ALWAYSFAITH INTERNATIONAL TRADE CO et al,

                  Defendants.
-------------------------------------------------------------- X

1:19-cv-5475-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

For the reasons articulated during the hearing held on July 12, 2019, this case is unsealed.

The Clerk of Court is directed to unseal this case without delay. Plaintiff is directed to file all previously sealed documents, including all Court order previously issued in this case, as soon as is practicable, and in no event later than July 17, 2019.

    SO ORDERED.

Dated: July 15, 2019
       New York, New York

_____
GREGORY H. WOODS
United States District Judge