USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___9/3/2019___

Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:    (212) 292-5390
Facsimile:    (212) 292-5391
*Attorneys for Plaintiff*
*WOW Virtual Reality, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WOW VIRTUAL REALITY, INC.,<br>*Plaintiff*<br><br>v.<br><br>ALWAYSFAITH INTERNATIONAL TRADE CO., LTD. (HUIZHOU),, *et al*,<br>*Defendants* | **CIVIL ACTION No.**<br>**1: 19-cv-5475 (GHW)** |

## NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff WOW Virtual Reality, Inc. ("WOW" or "Plaintiff"), by its undersigned attorneys, hereby gives notice of dismissal of all claims against Defendants Ningbo Pinbo Plastic Manufactory Co., Ltd. and Shenzhen Conzay Technology Limited in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

1

Dated:  September 3, 2019                                      Respectfully submitted,

                                                        **EPSTEIN DRANGEL LLP**

                                          BY:    _____
                                                 Brieanne Scully (BS 3711)
                                                 bscully@ipcounselors.com
                                                 EPSTEIN DRANGEL LLP
                                                 60 East 42nd Street, Suite 2520
                                                 New York, NY 10165
                                                 Telephone:     (212) 292-5390
                                                 Facsimile:     (212) 292-5391
                                                 *Attorneys for Plaintiff*
                                                 *WOW Virtual Reality, Inc.*

**It is so ORDERED.**

Signed at New York, NY on _____ ___, 2019.


                                          _____
                                          Judge Gregory H. Woods
                                          United States District Judge




Plaintiff has filed a notice of dismissal as to Defendants Ningbo Pinbo Plastic Manufactory Co., Ltd and Shenzhen Conzay Technology Limited Rule 41(a)(1)(A)(i).  The Clerk of Court is directed to remove Defendants Ningbo Pinbo Plastic Manufactory Co., Ltd and Shenzhen Conzay Technology Limited from the caption of this case.

SO ORDERED.

Dated:  September 3, 2019
New York, New York

                                          _____
                                          GREGORY H. WOODS
                                          United States District Judge