Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:    (212) 292-5390
Facsimile:    (212) 292-5391
*Attorneys for Plaintiff*
*WOW Virtual Reality, Inc.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/9/2019

## MEMORANDUM ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WOW VIRTUAL REALITY, INC., *Plaintiff* <br><br> v. <br><br> ALWAYSFAITH INTERNATIONAL TRADE CO., LTD. (HUIZHOU),, *et al*, *Defendants* | CIVIL ACTION No. <br> 1: 19-cv-5475 (GHW) |

### NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff WOW Virtual Reality, Inc. ("WOW" or "Plaintiff"), by its undersigned attorneys, hereby gives notice of dismissal of all claims against Defendant Yiwu City Magic World Imp. & Exp. Co., Ltd. in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

1

Dated: September 6, 2019

Respectfully submitted,

EPSTEIN DRANGEL LLP

BY: _____
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:   (212) 292-5390
Facsimile:    (212) 292-5391
*Attorneys for Plaintiff*
*WOW Virtual Reality, Inc.*

Plaintiff has voluntarily dismissed its claims against Defendant Yiwu City Magic World Imp. & Exp. Co., Ltd. The Clerk of Court is directed to remove this Defendant's name from the caption of this case.

SO ORDERED.

Dated: September 8, 2019
New York, New York

_____
GREGORY H. WOODS
United States District Judge

2