Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:    (212) 292-5390
Facsimile:    (212) 292-5391
*Attorneys for Plaintiff*
*WOW Virtual Reality, Inc.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:    9/13/2019

**MEMORANDUM ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WOW VIRTUAL REALITY, INC.,
*Plaintiff*

v.

ALWAYSFAITH        INTERNATIONAL
TRADE CO., LTD. (HUIZHOU),, *et al*,
*Defendants*

**CIVIL ACTION No.
1: 19-cv-5475 (GHW)**

<u>**NOTICE OF VOLUNTARY DISMISSAL**</u>

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff WOW

Virtual Reality, Inc. ("WOW" or "Plaintiff"), by its undersigned attorneys, hereby gives notice

of dismissal of all claims against Defendants Guangzhou Trend Comm Electronic Company

Limited and Shenzhen Xinhualong Electronic Co., Ltd. in the above-captioned action, with

prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

1

Dated:  September 11, 2019                                          Respectfully submitted,

                                                              **EPSTEIN DRANGEL LLP**

                                              BY:  _____
                                                              Brieanne Scully (BS 3711)
                                                              bscully@ipcounselors.com
                                                              EPSTEIN DRANGEL LLP
                                                              60 East 42nd Street, Suite 2520
                                                              New York, NY 10165
                                                              Telephone:    (212) 292-5390
                                                              Facsimile:     (212) 292-5391
                                                              *Attorneys for Plaintiff*
                                                              *WOW Virtual Reality, Inc.*

Plaintiff has voluntarily dismissed its claims against Defendants Guangzhou Trend Comm Electronic Company Limited and Shenzhen Xinhualong Electronic Co., Ltd.  The Clerk of Court is directed to remove the names of Defendants Guangzhou Trend Comm Electronic Company Limited and Shenzhen Xinhualong Electronic Co., Ltd. from the caption of this case.

SO ORDERED.

Dated:   September 12, 2019
New York, New York

                                              _____
                                                    GREGORY H. WOODS
                                                 United States District Judge

2