```
UNITED STATES DISTRICT COURT            USDC SDNY
SOUTHERN DISTRICT OF NEW YORK           DOCUMENT
-------------------------------------X  ELECTRONICALLY FILED
                                     :  DOC #: _____
WOW VIRTUAL REALITY, INC,            :  DATE FILED: 1/3/2020
                                     :
                          Plaintiff  :
            -v-                      :       1:19-cv-5475-GHW
                                     :
CHANGCHUN BAIDROID                   :
PHOTOELECTRIC CO., LTD. et al,       :            ORDER
                         Defendants. :
-------------------------------------X
```

GREGORY H. WOODS, United States District Judge:

On January 2, 2020, the Court held its scheduled initial pretrial conference. No defendant appeared. In the event Plaintiff intends to move for default judgment the Court expects it to do so no later than January 30, 2020.

Plaintiff is directed to serve this order on Defendants and to retain proof of service.

SO ORDERED.

Dated: January 3, 2020
       New York, New York

_____
GREGORY H. WOODS
United States District Judge